PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Billy J Rickett** | Case Number: **1:01CR00055** |
| Name of Sentencing Judicial Officer: | **The Honorable Herman J. Weber** <br> **United States Senior District Judge** | |
| Date of Original Sentence: | **April 10, 2002** | |
| Original Offense: | **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine** | |
| Original Sentence: | **24 month(s) prison, 48 month(s) supervised release** | |
| Type of Supervision: **Supervised Release** | Date Supervision Commenced: **November 17, 2003** | |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 No New Law Violation: | On November 19, 2004, Mr. Rickett was arrested in Manchester, Ohio, for Operating a Vehicle while Intoxicated, Driving Under Suspension and Failure to travel within Marked Lanes. Mr. Rickett posted a cash bond of $1809.00 and was released without incident. On November 22, 2004, he appeared in West Union Municipal Court and the case has been continued until December 13, 2004. |

U.S. Probation Officer Action:

On April 10, 2002, Mr. Rickett appeared before the Honorable Herman J. Weber, United States Senior District Judge for the Southern District of Ohio and was sentenced to twenty-four months imprisonment followed by four years supervised release after having been charged with Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana and Cocaine.

On November 17, 2003, Mr. Rickett was released from the Bureau of Prisons to begin his term of supervised release. Since being on supervision, Mr. Rickett has been mainly compliant. He has submitted to seven urinalysis, with one testing positive for the use of marijuana (August 17, 2004).

According to the report from the Ohio State Trooper who arrested Rickett, on November 19, 2004, at approximately 1:18 AM, Rickett was stopped as the officer observed Rickett driving left of center. Upon stopping the vehicle, Rickett exited his car and smelled strongly of alcohol. Rickett admitted he had consumed approximately 4 beers. Rickett was administered three sobriety field tests which he failed and tested .126% on a Breathalyzer test. Rickett was transported to the Adams County Sheriff's Department and was asked to submit to another Breathalyzer which Rickett refused. Rickett was then charged with driving a vehicle while intoxicated, driving under suspension and failure to travel within marked lanes. Mr. Rickett posted a cash bond of $1809.00 and was released. He is scheduled to appear in Adams County Court on December 13, 2004.

PROB 12A
(12/98)

2

Rickett admits he has consumed alcohol while on supervision, but never thought alcohol was a problem. Because of this arrest, this officer informed Mr. Rickett that he should not consume alcohol and he agreed to enter outpatient substance abuse treatment at The Counseling Center in West Union, Ohio, on December 7, 2004 at 9:00 AM.

At this time, it is respectfully recommended that the Court take notice of the violation, but that no action be taken pending disposition of the charges as stated above. This officer will then notify the Court of the outcome. In the meantime, this officer will closely monitor Mr. Rickett.

Respectfully submitted,

by  *[signature]*
Darla J. Huffman
U.S. Probation Officer
Date:  December 6, 2004

Approved,

by  *[signature]*
John C. Cole
Supervising U. S. Probation Officer
Date: 12-7-04

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

12/7/04
Date