PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Billy J Rickett**      Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:     **The Honorable Herman J. Weber**
                                             **Senior United States District Judge**

Date of Original Sentence: **April 10, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **24 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**    Date Supervision Commenced: **November 17, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 No new law violation | On November 19, 2004, Mr. Rickett was arrested in Manchester, Ohio for Operating a Vehicle while Intoxicated, Driving under Suspension, and Failure to Travel within Marked Lanes. On March 21, 2005, Mr. Rickett appeared in court and was found guilty of Operating a Vehicle while Intoxicated and was sentenced to 180 days in jail with 170 days suspended. He was placed on probation for two years, ordered to pay a $350 fine, and his driver's license was suspended for one year. He is scheduled to commence his jail sentence on April 4, 2005 at the Adams County jail. |

**U.S. Probation Officer Action:**

On December 6, 2004, this officer contacted the Court on Mr. Rickett's arrest which occurred on November 19, 2004. At that time, it was recommended that no action be taken pending disposition of the case. The Court was in agreement with this recommendation.

Since Mr. Rickett's arrest, this officer referred him to outpatient substance abuse treatment at The Counseling Center in West Union, Ohio which began on December 7, 2004. Mr. Rickett completed treatment on March 16, 2005. It was stated by the counselor that Mr. Rickett reached his treatment goals; however, he displayed a lack of motivation for abstaining from alcohol. This officer has spoken with Mr. Rickett on several occasions requesting that he not consume any alcohol to which Mr. Rickett replied that he has not been drinking. Mr. Rickett has been submitting to urinalysis which have been negative.

PROB 12A
(12/98)

2

RE:   **RICKETT, Billy**                                                                                               **Page Two**
      **REPORT ON OFFENDER UNDER SUPERVISION**

Based on the above information, it is respectfully recommended that the Court take no action in this matter as Mr. Rickett completed a three-month outpatient program. This officer will continue to monitor Mr. Rickett by obtaining urinalysis and contacting local law enforcement to see if Mr. Rickett is staying away from local bars and taverns in Adams County.

Respectfully submitted,                                                 Approved,

by  *[signature]*                                                          by  *[signature]*
**Darla J. Huffman**                                                   **John C. Cole**
U. S. Probation Officer                                                Supervising U. S. Probation Officer
Date:   **March 25, 2005**                                         Date: **3-25-05**

---

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

**3/30/05**
Date