# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Billy J Rickett**                                                        Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**Senior United States District Judge**

Date of Original Sentence: **April 10, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **24 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **November 17, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1 No new law violation | On June 1, 2006, Mr. Rickett was arrested in Manchester, Ohio for Operating a Vehicle While Intoxicated and Failure to Control. He is scheduled to appear in West Union Municipal Court on July 3, 2006 for pretrial and sentencing is scheduled for August 28, 2006. |

**U.S. Probation Officer Action:**

On April 10, 2002, Mr. Rickett appeared before the Honorable Herman J. Weber, Senior United States District Judge for the Southern District of Ohio and was sentenced to 24 months imprisonment followed by 48 months of supervised release, after having been charged with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine.

On November 17, 2003, Mr. Rickett was released from the Bureau of Prisons to commence his term of supervised release. Since being on supervision, Mr. Rickett has been compliant with two exceptions. He tested positive for the use of marijuana on August 17, 2004 and was convicted of Operating a Vehicle While Intoxicated on March 21, 2005. The latter occurred in Adams County, Ohio, and he was sentenced to 180 days in jail with 170 days suspended. He was placed on probation for two years, ordered to pay a fine, and his driver's license was suspended. Mr. Rickett served his time in jail. The Court was notified of Mr. Rickett's conviction for Driving While Intoxicated and as Mr. Rickett participated in substance abuse treatment which he completed, the Court did not take any action.

This officer has had no additional problems with Mr. Rickett until this most recent arrest which occurred on June 1, 2006. According to the police officer's report, the officer was dispatched to a crash site on Ginger Ridge Road in Adams County, Ohio. Upon arrival, the officer found a red Dodge vehicle parked on the edge of the road. The driver, Billy Rickett, stated he swerved to miss a deer and slid off the road into a field striking

PROB 12A  
(12/98)

2

a wooden post. Upon talking with Mr. Rickett, the officer smelled an odor of alcohol on Mr. Rickett's breath. He also had glassy, bloodshot eyes. Upon exiting his vehicle, the officer observed Mr. Rickett stumbling, and he admitted that he had consumed five to six beers around 6:00 in the evening. Mr. Rickett was administered a Breathalyzer test and tested .180%. He was charged with Operating a Vehicle While Intoxicated and Failure to Control. Mr. Rickett is scheduled to appear in court on July 3, 2006.

This officer spoke with Mr. Rickett the day following his arrest. He stated he feels he needs to get back in substance abuse counseling and is going to be contacting The Counseling Center in West Union, Ohio. As a result of this arrest, this officer respectfully requests that the Court take notice of the violation, but that no action be taken at this time pending the disposition of the case. The Court will then notify the Court of the outcome.

Respectfully submitted,                                    Approved,

by  *[signature]*                                          by  *[signature]*  
**Darla J. Huffman**                                           **John Cole**  
U. S. Probation Officer                                    Supervising U. S. Probation Officer  
Date:   **June 21, 2006**                                   Date:   **June 21, 2006**

[✓]   I concur with the recommendation of the Probation Officer  
[ ]   Submit a Request for Modifying the Condition or Term of Supervision  
[ ]   Submit a Request for Warrant or Summons

*[signature]*  
Signature of Judicial Officer

6/28/06  
Date