PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Billy J Rickett**                            Case Number: **1:01CR00055-07**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence: **April 10, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **24 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **November 17, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1<br>Failure to Pay Fine | Mr. Rickett was ordered by the Court to pay a $2000.00 fine. To date, he has paid $1671.00. He owes a balance of $329.00. |

U.S. Probation Officer Action:

On April 10, 2002, Mr. Rickett appeared before the Honorable Herman J. Weber, Senior United States District Judge for the Southern District of Ohio and was sentenced to 24 months imprisonment followed by 48 months supervised release after having been charged with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine.

On November 17, 2003, Mr. Rickett was released from the Bureau of Prisons to commence his term of supervised release. Since being on supervision, Mr. Rickett has had problems abstaining from the use of alcohol. On August 15, 2006, the Court modified Mr. Rickett's conditions of supervised release for him to enter a residential re-entry center for six months as he was convicted of Driving while Intoxicated for the second time in Adams County while on supervision. Mr. Rickett completed his stay at the Talbert House on February 28, 2007. He was compliant while he was there.

Mr. Rickett is scheduled to terminate from supervised release on November 16, 2007. Mr. Rickett has paid $1,671.00 toward his fine and has been paying $40.00 a month. As a result, Mr. Rickett should have his fine paid in full prior to his termination date. At this time, it is respectfully recommended that the Court allow Mr. Rickett to terminate from supervision as scheduled on November 16, 2007 in the event that his fine has not been paid in full. The United States Attorney's Office has been notified of this matter.

PROB 12A
(12/98)

RE: RICKETT, Billy                                                                Page Two                    2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* <br> **Darla J. Huffman** <br> U. S. Probation Officer <br> Date: **April 9, 2007** | by | *[signature]* <br> **John Cole** <br> Supervising U. S. Probation Officer <br> Date: **April 9, 2007** |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

4/12/07
Date