**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN  DIVISION**


**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                         **: CRIMINAL NO: CR-1-01-055**
                                    **: JUDGE WEBER**

**BILLY RICKETT,**


        **Defendant.**


**SATISFACTION OF CRIMINAL JUDGMENT**

The judgment in the above-entitled case having been paid, the Clerk of the United States

District Court for the Southern District of Ohio is hereby authorized and empowered to cancel

said judgment of record regarding monetary penalties.


                Respectfully submitted,

                GREGORY G. LOCKHART
                United States Attorney


                s/Deborah F. Sanders
                DEBORAH F. SANDERS (0043575)
                Assistant United States Attorney
                Southern District of Ohio
                303 Marconi Boulevard, Suite 200
                Columbus, Ohio 43215-2401
                (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment  was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Billy Rickett, 211 Cemetery Street, Manchester, OH  45144 by first class mail, postage prepaid, this 8th day of April, 2008.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney